UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-21082 GAYLES

PAUL VANOLD JEAN AND
MARTHA JEAN,

        **Plaintiffs,**

 vs.

FIRST   NATIONAL   BANK   OF
AMERICA,

       Defendant.

_____/

## JOINT MOTION TO AMEND JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER

COME NOW Plaintiffs Paul Vanold Jean and Martha Jean ("Plaintiffs") and Defendant, First National Bank of America ("Defendant") (collectively, the "parties), by and through undersigned counsel, pursuant to Local Rule 15.1, and files this Joint Motion to Amend the Joint Scheduling Report and the Proposed Scheduling Order (ECF No. 19 and 19-1) and as grounds in support thereof, state as follows:

1. On February 18, 2026, Plaintiff filed a Complaint.

2. On March 26, 2026, the court entered an Order Requiring Completion of Joint Scheduling Report and Proposed Scheduling Order (ECF No. 9).

3. On April 1, 2026, counsel for the parties held a telephonic meeting.

4. On April 10, 2026, Plaintiff filed the Joint Scheduling Report, ECF No. 10 along with the proposed Scheduling Order ECF NO. 10-1.

5. On April 16, 2026 in reviewing the drafts of the Report and Proposed Scheduling Order, counsel for Plaintiff noted that the Proposed Scheduling Order filed with the court was the incorrect version, as the parties had agreed to several date changes. In order for the Proposed Scheduling Order to conform with the Joint Scheduling Report, the parties need to submit a

RX-132890

corrected Proposed Scheduling Order. In order to do so, the parties are seeking to file an Amended the Joint Scheduling Report and include as an exhibit the corrected Proposed Scheduling Order.

6.      The Parties request that they be permitted to file an Amended Joint Scheduling Report and include as an exhibit the corrected Proposed Scheduling Order with the correct dates already reflected in the Joint Scheduling Report (ECF. No. 10).

7.      No prejudice will come to the parties by this Court's granting the Joint Motion Amend the Joint Scheduling Order as the parties have not abused the amendment process and parties' proposed amendment is not futile.

**WHEREFORE**, Plaintiffs Paul Vanold Jean and Martha Jean and Defendant, First National Bank of America  respectfully requests that this Court grant the Joint Motion to Amend Scheduling Order and issue the parties any such other and further relief as this Court deems just and proper.


Respectfully Submitted,                                        Dated: April 16, 2026


| | |
|---|---|
| /s/ *Jennifer Simil*<br>Jennifer Simil, Esq.<br>Florida Bar No.: 1018195<br>Loan Lawyers, LLC<br>3201 Griffin Road, Suite 100<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 523-4357<br>Facsimile: (954) 337-2436<br>E-mail: jennifer@fight13.com<br>E-mail: karen@fight13.com<br>*Counsel for Plaintiff* | /s/ *Jessica Krassner*<br>Jessica Krassner, Esq., LL.M.<br>Florida Bar No. 1000355<br>Loan Lawyers, LLC<br>3201 Griffin Road, Suite 100<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 523-4357<br>Facsimile: (954) 337-2436<br>E-mail: jessica@fight13.com<br>*Counsel for Plaintiff* |
| /s/ *Dale T. Golden*<br>Dale T. Golden, Esquire<br>Florida Bar No.: 94080<br>Martin Golden Lyons Watts Morgan, PLLC<br>1410 Ware Boulevard, Suite 806<br>Tampa, FL 33619<br>Telephone:  (813) 251-3632<br>E-mail: dgolden@mgl.law<br>*Counsel for Defendant* | |


RX-132890

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, causing a copy to be served on counsel for all parties of record.

Respectfully Submitted,

*/s/ `**Jennifer Simil**
Jennifer Simil, Esq.

RX-132890