**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-cv-21082 GAYLES**

PAUL VANOLD JEAN AND
MARTHA JEAN,

      **Plaintiffs,**

v.

FIRST NATIONAL BANK OF AMERICA,

      **Defendant.**

_____/

## AMENDED JOINT SCHEDULING REPORT

Plaintiffs Paul Vanold Jean and Martha Jean ("Plaintiffs") and Defendant, First National Bank of America ("Defendant") (collectively, the "parties"), pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida ("S.D. Fla. L.R.") met telephonically on April 1, 2026, and hereby submit this Amended Joint Scheduling Report.

**I.**    **Appropriate Case Management Track**

The parties believe this case should be placed on the "standard track" as described in Local Rule 16.1(a)(2)(B).

**II.**    **Mandatory Areas of Discussion As Required By Local Rule 16.1**

    **(A)**    **The Likelihood of Settlement**

The parties will keep settlement discussions open.

    **(B)**    **The Likelihood of appearance of additional parties**

The parties do not anticipate the appearance of any additional parties. However, as discovery has not yet begun, the parties cannot rule out the need to add additional parties identified though the discovery process.

**(C)** **Proposed Limits on the time**

| | | |
|---|---|---|
| i. | Deadline to Amended Pleadings and Join Parties | 7/15/2026 |
| ii. | Deadline to file and hear Motions | 2/19/2027 |
| iii. | Deadline to Complete Discovery (Fact and Expert) | 12/18/2026 |
| iv. | Witness List Disclosure | 8/3/2026 |
| v. | Expert Disclosure | 9/4/2026 |
| v. | Rebuttal Expert Disclosure | 9/18/2026 |

**(D)** **Proposals for the Formulation and Simplification of Issues**

The parties shall meet prior to the date of the Court-ordered Pretrial Conference to agree on all facts and issues that will simplify the matters to be considered by the Court. The parties anticipate that they will be able to stipulate to the authenticity of certain documents and communications, and to those undisputed facts relevant to the issues involved herein. Avoidance of frivolous claims or defenses will be handled in the same manner as Rule 11 of the Federal Rules of Civil Procedure so proscribes.

**(E)** **Necessity of Amendments to Pleadings**

The parties anticipate that it may be necessary to amend the pleadings and have proposed a deadline to do so in Section II(C)(i).

**(F)** **Admissions and Stipulations Which Will Avoid Unnecessary Proof.**

The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial. The parties also agree to attempt to consider stipulating to undisputed facts relevant to the issues involved herein. The parties shall utilize the required joint pretrial stipulation for this purpose. The parties agree that electronically stored information, to the extent

it exists, will be produced in .pdf format or hard paper copy, or any format agreed upon by the parties. The parties reserve their right to request electronically stored information in its native form upon a showing of good cause.

**(G)** **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H)** **Referral of Matters to Magistrate Judge**

The parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

**(I)** **Preliminary Estimate of the Time Required for Trial**

The parties believe this matter will require 3-5 days of trial given the facts herein.

**(J)** **Pretrial Conference and Trial Dates.**

| | | | |
|---|---|---|---|
| (i) | Mediation Cut-off | 1/20/2027 |
| (ii) | Filing of all pretrial motions | 3/19/2027 |
| (iii) | File Joint Pretrial Stipulation | 4/16/2027 |
| (iv) | File Proposed Jury Instructions | 4/16/2027 |
| (v) | File Motions in Limine | 3/24/2027 |
| (vi) | Calendar Call | 5/17/2027 |
| (vii) | Trial Period Begins | 5/18/2027 |

**(K)** Any issues about:

(i)     disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

The parties do not anticipate issues about disclosure or discovery of electronically stored information.  Electronically stored information shall be produced in .pdf

format by email or other electronic file transfer, or hard paper copy, or any format agreed upon by the Parties. If a type of document does not render to a readable format in .pdf, the parties will meet and confer to agree upon a reasonably useable format.

(ii)    claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and

The parties anticipate a reasonable probability that certain materials will be subject to privilege, and will agree to confer with each other and attempt to resolve issues of privilege by stipulation or other agreement before involving the Court.

The parties agree the inadvertent disclosure of information protected by the attorney-client and/or work-product privilege shall not constitute a waiver of an otherwise valid claim of privilege.  A party that received privileged information shall return it to the other party immediately upon discovery of the privileged information and without retaining a copy.  The parties will comply with the Court's rules governing redaction of account and social security numbers.

(iii)    when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist: No

**(L)**    Any other information that might to the Court in setting the Case for status or

pretrial conference.

Jury Trial has been demanded by Plaintiff.

Date: April 16, 2026

4

Respectfully Submitted,

| | |
|---|---|
| */s/ Jennifer Simil*<br>Jennifer Simil, Esq.<br>Florida Bar No.: 1018195<br>Loan Lawyers, LLC<br>3201 Griffin Road, Suite 100<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 523-4357<br>Facsimile: (954) 337-2436<br>E-mail: jennifer@fight13.com<br>E-mail: karen@fight13.com<br>*Counsel for Plaintiff* | /s/ *Jessica Krassner*<br>Jessica Krassner, Esq., LL.M.<br>Florida Bar No. 1000355<br>Loan Lawyers, LLC<br>3201 Griffin Road, Suite 100<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 523-4357<br>Facsimile: (954) 337-2436<br>E-mail: jessica@fight13.com<br><br>*Counsel for Plaintiff* |
| */s/ Dale T. Golden*<br>Dale T. Golden, Esquire<br>Florida Bar No.: 94080<br>Martin Golden Lyons Watts Morgan, PLLC<br>1410 Ware Boulevard, Suite 806<br>Tampa, FL 33619<br>Telephone:  (813) 251-3632<br>E-mail: dgolden@mgl.law<br>*Counsel for Defendant* | |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, causing a copy to be served on counsel for all parties of record.

Respectfully Submitted,

*/s/ **Jennifer Simil***
Jennifer Simil, Esq.