**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-21082-GAYLES**

**PAUL VANOLD JEAN AND**
**MARTHA JEAN,**
            **Plaintiffs,**

            **v.**

**FIRST NATIONAL BANK OF AMERICA,**
            **Defendant.**
_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

   **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**[05/18/2027]**.[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, [05/12/2027]**.[2] A

**Status Conference** will be held at **10:00 a.m. on Wednesday, [1/18/2027]**[3]. The parties

shall adhere to the following schedule:

| | |
|---|---|
| 1.  Joinder of any additional parties and filing of motions to amend the complaint by | **07/15/2026** |
| 2.  Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **08/03/2026** |

---

**1**   Consult the attached **Appendix re Trial Calendars** for beginning dates.

   In all **Expedited Track** cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to **the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan**, the Trial *shall occur within <u>nine months</u> of the date Plaintiff(s) filed the action*.

   In all **Standard Track** cases (S.D. Fla. L.R. 16.1(a)(2)(B)), the Trial *shall occur within <u>twelve to eighteen months</u> of the date Plaintiff(s) filed the action*.

**2**   Wednesday before Trial date.

**3**   Three to four weeks following the parties' proposed mediation deadline. The Court may schedule an additional pretrial Status Conference pursuant to Fed. R. Civ. P. 16(a).

**4**   Additionally, in class action cases, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification and/or decertification. In cases arising from administrative agency determinations and/or appeals thereof, the parties should provide a deadline for the filing of the administrative record.

3. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **09/04/2026**

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **09/18/2026**

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **07/03/2026**

6. Fact discovery shall be completed by
**[at least five months before Trial date]** **12/11/2026**

7. Expert discovery shall be completed by
**[at least five months before Trial date]** **12/18/2026**

8. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by
**[at least four months before Trial date]** **1/22/2027**

9. Mediation shall be completed by
**[at least three months before Trial date][5]** **01/20/2027**

10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by
**[at least two months before Trial date]** **03/19/2027**

11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by
**[at least one month before Trial date]** **04/16/2027**

| **By: Attorneys for Plaintiffs** | **Attorneys for Defendant** |
|---|---|
| */s/ Jennifer Simil* <br> Jennifer Simil, Esq. <br> Florida Bar No.: 1018195 <br> Loan Lawyers, LLC <br> 3201 Griffin Road, Suite 100 <br> Fort Lauderdale, FL 33312 <br> Telephone: (954) 523-4357 <br> Facsimile: (954) 337-2436 <br> E-mail: jennifer@fight13.com <br> E-mail: karen@fight13.com <br><br> */s/ Jessica Krassner* <br> Jessica Krassner, Esq., LL.M. <br> Florida Bar No. 1000355 | */s/ Dale T. Golden* <br> Dale T. Golden, Esquire <br> Florida Bar No.: 94080 <br> Martin Golden Lyons Watts Morgan, PLLC <br> 1410 Ware Boulevard, Suite 806 <br> Tampa, FL 33619 <br> Telephone:  (813) 251-3632 <br> E-mail: dgolden@mgl.law |

| Loan Lawyers, LLC<br>3201 Griffin Road, Suite 100<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 523-4357<br>Facsimile: (954) 337-2436<br>E-mail: jessica@fight13.com | |

---

[5] For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation ***shall occur within <u>ninety days</u> of the Court's entry of the Scheduling Order***.